# United States Bankruptcy Court
## District of Nevada

Case No. <u>**09−24385−mkn**</u>
**Chapter 7**

In re: (Name of Debtor)
    JAMES DENNIS GAWLIK
    4598 CABO LANE
    LAS VEGAS, NV 89121

Social Security No.:
    xxx−xx−5211

**NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as the debtor(s) did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion.

IT IS ALSO ORDERED that YVETTE WEINSTEIN is discharged as trustee of the estate of the above named debtor(s).

Dated: 12/15/09                                                       BY THE COURT

                                                                                   Mary A. Schott
                                                                                 Clerk of the Bankruptcy Court